# DAVID H. HAFT, P.A.

1526 Cardinal Way, Suite A
Weston, Florida 33327

David H. Haft
(516) 782-3612 (phone)
(954)-459-1358 (phone)
(754)-253-3743 (fax)
david@dhaftlaw.com

March 1, 2022

**VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED:**
TD Bank
Operations Center
P.O. Box 218
Lewiston, ME 04243

    Re:    **REQUEST FOR INFORMATION UNDER REGULATION X**
            Client/Borrower: Mark Krieger
            TD Bank Mortgage Loan Account Number: 5003096286
            Investor: 07500, 5003096286
            Property Address:  8964 Stone Pier Drive
                                   Boynton Beach, FL 33437

## Request for Information Pursuant to 12 C.F.R. §1024.36 of Regulation X

*(**5** business days to acknowledge receipt pursuant to 12 C.F.R.§ 1024.36(c) and*
*__30__ business days to respond pursuant to 12 C.F.R. § 1024.36(d)(2)(i)(B))*

Dear Sir or Madam:

    Please be advised that this law firm represents Mr. Mark Krieger with respect to the above-described TD Bank Mortgage Account for the real property located at 8964 Stone Pier Drive, Boynton Beach, FL 33437 (the "Property").  Please be advised that this correspondence shall serve as Mr. Krieger's "qualified written request" under the Real Estate Settlement Practices Act, 12 U.S.C. § 2605(e), and is being submitted on behalf of Mr. Krieger based on his dispute of, without limitation, (i) the amounts that T.D. Bank, N.A. is claiming to be outstanding on the subject loan account as of February 28, 2022, including the principal balance due on the loan; (ii) TD Bank, N.A.'s application of Mr. Krieger's monthly payments on the subject account; (iii) TD Bank, N.A.'s charging of improper late fees and charges on Mr. Krieger's Mortgage Loan Account; and (iv) TD Bank, N.A's improper and erroneous reporting of Mr. Krieger's Mortgage Loan Account as being delinquent to the 3 major credit reporting bureaus.  Please also be advised that this

EXHIBIT "N"

correspondence shall serve as notice that all communications regarding this matter are to be sent directly to this office and that TD Bank, N.A. and/or its agents are to have no further communication with Mr. Krieger or any other third-party regarding the above Mortgage Loan Account.

Accordingly, based on the foregoing, this office is requesting a breakdown of the following information on Mr. Krieger's Mortgage Loan Account:

1. The monthly principal and interest payment, and monthly escrow payment from January 1, 2019 to February 1, 2022.
2. The total amount, separately listed and identified, for any unpaid principal, interest, deferred interest, escrow charges, and other charges due and owing as of February 28, 2022.
3. For each payment received from January 1, 2019 to February 1, 2022, indicate the amount of the payment, the date received, the date posted to the account, how the payment was applied or credited (indicating the portion, if any, applied or credited to principal, interest, deferred interest, escrow, suspense or other treatment), and the month to which such payment was applied.  If interest is calculated using a daily accrual accounting method, indicate for each payment the number of days that lapsed from the prior payment application date.
4. The amount, payment date, purpose, and recipient of all late charges, property inspection/preservation fees, force placed insurance charges, legal fees, recoverable corporate advances, and other expenses or costs that have been charged and/or assessed to Mr. Krieger's Mortgage Loan Account from January 1, 2019 to February 1, 2022.
5. A breakdown of the current escrow account payment.
6. The balance in any suspense account as of February 28, 2022 and the reason why such funds were deposited in said account.

If you determine that any of the above information is not available to you, you are required to provide notification of that determination and a basis for that determination, including the contact information for further assistance, within thirty (30) business days pursuant to 12 C.F.R. § 1024.36(d)(1)(ii).

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

Sincerely,


David H. Haft, Esq.

cc: Mark Krieger