AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MARK KRIEGER

*Plaintiff(s)*

v.

Civil Action No. 9:22-cv-81031-XXXX

TD BANK, N.A., a National Banking Association

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TD BANK, N.A.
c/o UNITED STATES CORPORATION COMPANY, RA
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Haft, Esq.
David H. Haft, P.A.
1526 Cardinal Way, Suite A
Weston, Florida 33327
Tel: (954) 459-1358
Attorneys for Plaintiff Mark Krieger

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 15, 2022



Angela E. Noble
Clerk of Court

s/ S. Walker
Deputy Clerk
U.S. District Courts