## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT District of Florida

Case Number: 9:22-CV-81031-XXXX

Plaintiff:
**MARK KRIEGER**

vs.

Defendant:
**TD BANK, N.A., a National Banking Association**

For:
DAVID HAFT
DAVID H. HAFT, P.A.
1076 DEERWOOD LANE
WESTON, FL 33326

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 20th day of July, 2022 at 3:03 pm to be served on **TD BANK, N.A C/O UNITED STATES CORPORATION COMPANY, RA, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, ERIC L. LARSON, do hereby affirm that on the **21st day of July, 2022** at **1:40 pm, I:**

served a CORPORATION, REGISTERED AGENT by delivering a true copy of the SUMMONS, COMPLAINT AND EXHIBITS with the date and hour of service endorsed thereon by me, to: UNITED STATES CORPORATION COMPANY as REGISTERED AGENT at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301 on behalf of TD BANK, N.A C/O UNITED STATES CORPORATION COMPANY, RA, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
BRITTANY DOTY, CLERK FOR RA, WF 30 YRS 5'4 140 LBS BROWN HAIR NO GLASSES

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

ERIC L. LARSON
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
14160 Palmetto Frontage Road
Ste 105
Miami LAKES, FL 33161
(305) 374-3426

Our Job Serial Number: CPN-2022022537
Ref: 22537

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARK KRIEGER

Plaintiff(s)

v.

Civil Action No. 9:22-cv-81031-XXXX

TD BANK, N.A., a National Banking Association

Defendant(s)

**SUMMONS IN A CIVIL ACTION**

7-21-22
Eric Larson
CPS #063
2nd Judicial Circuit



To: *(Defendant's name and address)* TD BANK, N.A.
c/o UNITED STATES CORPORATION COMPANY, RA
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Haft, Esq.
David H. Haft, P.A.
1526 Cardinal Way, Suite A
Weston, Florida 33327
Tel: (954) 459-1358
Attorneys for Plaintiff Mark Krieger

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 15, 2022

**SUMMONS**

s/ S. Walker
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

138 R

22537