IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A., a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SERVICES, INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company,

    Defendants.

_____/

CASE NO.: 22-CV-81037

## **PLAINTIFF'S NOTICE OF FILING PROPOSED SUMMONSES**

Plaintiff, Mark Krieger ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Filing Proposed Summonses for newly added Defendants EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SERVICES, INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company.

Dated this 20th day of October, 2022.

Respectfully Submitted,

By:    */s/ David H. Haft*
       David H. Haft, Esq.
       david@dhaftlaw.com
       Florida Bar No. 68992
       **David H. Haft, P.A.**
       1526 Cardinal Way, Suite A
       Weston, Florida 33327
       Tel: (954) 459-1358
       *Attorneys for Plaintiff Mark Krieger*