AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARK KRIEGER

*Plaintiff(s)*

v.

TD BANK, N.A., a National Banking Association

*Defendant(s)*

Civil Action No. 9:22-cv-81037-XXXX

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EQUIFAX INFORMATION SERVICES, LLC
c/o Corporation Service Company, RA
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Haft, Esq.
David H. Haft, P.A.
1526 Cardinal Way, Suite A
Weston, Florida 33327
Tel: (954) 459-1358
Attorneys for Plaintiff Mark Krieger

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2022



**SUMMONS**

*s/ Mary Etienne*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| MARK KRIEGER | ) |
| | ) |
| *Plaintiff(s)* | ) Civil Action No. 9:22-cv-81037-XXXX |
| v. | ) |
| TD BANK, N.A., a National Banking Association | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Experian Information Services, Inc.
c/o CT Corporation System, RA
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David H. Haft, Esq.
David H. Haft, P.A.
1526 Cardinal Way, Suite A
Weston, Florida 33327
Tel: (954) 459-1358
Attorneys for Plaintiff Mark Krieger

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2022



**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARK KRIEGER

*Plaintiff(s)*

v.

TD BANK, N.A., a National Banking Association

*Defendant(s)*

Civil Action No. 9:22-cv-81037-XXXX

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TransUnion, LLC
c/o Corporation Service Company, RA
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David H. Haft, Esq.
David H. Haft, P.A.
1526 Cardinal Way, Suite A
Weston, Florida 33327
Tel: (954) 459-1358
Attorneys for Plaintiff Mark Krieger

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2022



**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court