UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A. a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company,

    Defendants.

CASE NO. 9:22-cv-81037-AMC

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Defendant Experian Information Solutions, Inc. hereby discloses the following pursuant to the Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a)    Mark Krieger, Plaintiff;

    (b)    David H. Haft and David H. Haft, P.A., Counsel for Plaintiff;

    (c)    TD Bank, N.A., Defendant;

    (d)    Julian Antony Jackson-Fannin, Harvey W. Gurland, Jr. and Duane Morris LLP, Counsel for Defendant TD Bank N.A.;

    (e)    Equifax Information Services, LLC, Defendant;

    (f)    TransUnion, LLC, Defendant;

  (g)  Experian Information Solutions, Inc. ("Experian"), Defendant;

  (h)  Monique Eloi and Jones Day, Counsel for Experian;

  (i)  Experian plc, 100% Corporate Parent of Experian;

  (j)  Central Source LLC, Subsidiary (not wholly owned) of Experian plc;

  (k)  Online Data Exchange LLC, Subsidiary (not wholly owned) of Experian plc;

  (l)  New Management Services LLC, Subsidiary (not wholly owned) of Experian plc;

  (m)  VantageScore Solutions LLC, Subsidiary (not wholly owned) of Experian plc; and

  (n)  Opt-Out Services LLC, Subsidiary (not wholly owned) of Experian plc.

  2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None known to Experian at this time.

  3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

  None known to Experian at this time.

  4.  The name of each victim (individual or corporate), including every person who may be entitled to restitution:

  Mark Krieger, Plaintiff.

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated: November 8, 2022                    Respectfully submitted,

                                                                                        */s/ Monique Eloi*
                                                                                        Monique Eloi
                                                                                        Florida Bar No. 1025828
                                                                                        Email: meloi@jonesday.com
                                                                                        JONES DAY
                                                                                        600 Brickell Avenue, Suite 3300
                                                                                        Miami, FL 33131
                                                                                        Telephone: (305) 714-9797

                                                                                        *Attorney for Defendant*
                                                                                       *Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Monique Eloi*
Monique Eloi
