**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A. a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company,

    Defendants.

CASE NO. 9:22-cv-81037-AMC

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b) and Local Rule 7.1(a)(1)(J) of the Southern District of Florida, Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, respectfully moves this Court for an order extending Experian's time to respond to Plaintiff Mark Krieger's ("Plaintiff") Complaint up to and including November 30, 2022. In support of this Motion, Experian states as follows:

1.    Plaintiff filed the Complaint against Experian on October 6, 2022.

2.    Experian was served with Plaintiff's Complaint on October 25, 2022, such that Experian's current deadline to respond to the Complaint is November 15, 2022.

3.    Experian now seeks an Order from this Court extending Experian's time to respond to Plaintiff's Complaint up to and including November 30, 2022 so that Experian may have

sufficient time to investigate the allegations of the Complaint, prepare an appropriate and meaningful response to the Complaint, and if at all possible, pursue settlement negotiations.

4. This is the first request for additional time sought by Experian in this matter.

5. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

6. On November 3, 2022, Plaintiff's counsel confirmed that Plaintiff does not oppose the relief requested herein.

WHEREFORE, for the foregoing reasons, Experian respectfully requests that this Court extend Experian's time to respond to Plaintiff's Complaint up to and including November 30, 2022.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he has conferred with counsel for Plaintiff and that Plaintiff does not oppose the entry of an order granting this motion.

Dated: November 8, 2022                          Respectfully submitted,

/s/ Monique Eloi
Monique Eloi
Florida Bar No. 1025828
Email: meloi@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9797

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ *Monique Eloi*
Monique Eloi

*Attorney for Defendant*
*Experian Information Solutions, Inc.*