## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:22-cv-81037-CANNON/REINHART

MARK KRIEGER,

     *Plaintiff,*

v.

TD BANK, N.A., a National Banking
Association, EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia Limited Liability Company,
EXPERIAN INFORMATION
SERVICES, INC., an Ohio
Corporation and TRANS UNION,
LLC, a Delaware Limited Liability
Company,

     *Defendants.*

_____/

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Equifax Information Services LLC ("Equifax"), by and through undersigned counsel, hereby files its Answer to the Amended Complaint ("Complaint") filed by Plaintiff Mark Krieger ("Plaintiff") as follows:

### PRELIMINARY STATEMENT

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations contained in the headings and/or unnumbered paragraphs in the Complaint.

### ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

## INTRODUCTION

Equifax admits that Plaintiff purports to brings claims under the Fair Credit Reporting Act ("FCRA"). Equifax denies that it violated the FCRA, denies Plaintiff was damaged by any action or inaction of Equifax, and denies plaintiff is entitled to any of the relief requested.

## PARTIES, JURISDICTION AND VENUE

1.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

2.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.      Equifax admits the allegations in Paragraph 4.

5.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.      Equifax admits that it is a consumer reporting agency as defined by the FCRA.

11.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

## GENERAL ALLEGATIONS

15.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

010-9492-7481/1/AMERICAS

22.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

010-9492-7481/1/AMERICAS

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

## <u>COUNT I – BREACH OF CONTRACT</u>

43.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

- 5 -

44.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

## COUNT II – BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

47.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

48.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

## COUNT III- VIOLATION OF 26 U.S.C. 6050H

54.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

55.     Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the legal authority, the allegations are denied.

56.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

**COUNT IV-**
**NEGLIGENCE-DUTY TO ACCURATELY REPORT UNDER 26 U.S.C. 6050H**

59.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

60.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

**COUNT V-**
**NEGLIGENCE -DUTY TO CORRECT MISTAKES UNDER 26 U.S.C. 6050H**

63.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

64.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

## COUNT VI-
## NEGLIGENCE PER SE-VIOLATION UNDER 26 U.S.C. 6050H

68.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

69.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

## COUNT VII-
## PROMISSORY ESTOPPEL

72.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

73.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

010-9492-7481/1/AMERICAS

77.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

## COUNT VIII-
## VIOLATION OF RESPA- 26 U.S.C. 2605

78.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

79.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

## COUNT IX-
## VIOLATION OF FCCPA- SECTIO 559.72, ET SEQ. – FLORIDA STATUTES

84.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

85.     Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the legal authority, the allegations are denied.

86.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

## COUNT X-
## VIOLATION OF FDCPA – 15 U.S.C. 1692 ET SEQ.

90.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

91.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

96.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

## COUNT XI-
## VIOLATION OF FCRA -15 USC 1681S-2(B)

97.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

98.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

010-9492-7481/1/AMERICAS

**COUNT XII-**
**VIOLATION OF FCRA- 15 USC 1681**
**(against Equifax only)**

110.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

111.    Equifax denies it violated the FCRA, or any other, in the handling of its credit file.

112.    Equifax denies the allegations in Paragraph 112.

113.    Equifax denies the allegations in Paragraph 113.

114.    Equifax denies the allegations in Paragraph 114.

115.    Equifax denies the allegations in Paragraph 115.

116.    Equifax denies the allegations in Paragraph 116.

117.    Equifax denies the allegations in Paragraph 117.

Equifax denies that Plaintiff is entitled to any relief claimed in his Complaint.

**COUNT XIII-**
**VIOLATION OF FCRA- 15 USC 1681**
**(against Experian only)**

118.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

119.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

- 12 -

123.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

**COUNT XIV-**
**VIOLATION OF FCRA- 15 USC 1681**
**(against Transunion only)**

126.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

127.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128.

129.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130.

131.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131.

132.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132.

133.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133.

**RESERVATION OF RIGHTS**

134.    Equifax admits that Plaintiff reserves its right to amend his Complaint.

**JURY TRIAL DEMAND**

135.    Equifax admits that Plaintiff demands a jury trial.

136.    Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    it be dismissed as a party to this action; and

(3)    it recover such other and additional relief as the Court deems just and appropriate.


DATED:  November 30, 2022                     Respectfully submitted,

                                              SQUIRE PATTON BOGGS (US) LLP

                                              By: /s/ *Jason Daniel Joffe*
                                              Jason Daniel Joffe
                                              Florida Bar No. 0013564
                                              200 S. Biscayne Blvd., Suite 4700
                                              Miami, FL 33131
                                              Telephone: (305) 577-7000
                                              Facsimile : (305) 577-7001
                                              Email:  jason.joffe@squirepb.com

                                              *Counsel for Defendant*
                                              *Equifax Information Services LLC.*

- 14 -

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 30, 2022, 2022, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

<u>/s/ *Jason Daniel Joffe*</u>
Jason Daniel Joffe