UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81037-CIV-CANNON

**MARK KRIEGER**,

    Plaintiff,

v.

**TD BANK N.A., et al.**,

    Defendants.
_____/

**ORDER REQUIRING JOINT SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to jointly file and sign a Joint Scheduling Report by **December 22, 2022**. The Joint Scheduling Report must contain all of the information specified in Local Rule 16.1 and come accompanied by a Joint Proposed Scheduling Order that is both attached as an exhibit on CM/ECF and sent in Word format via email to cannon@flsd.uscourts.gov.

In addition, by **December 22, 2022**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

---

[1] The parties must not include Judge Cannon as an interested party unless she has an interest in the litigation.

CASE NO. 22-81037-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of December 2022.

                                              **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record