UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    Plaintiff,

v.

TD BANK. N.A., et al.

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Ryan E. Borneman** of the law firm of Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103, 215.979.1105 (tel.), for purposes of appearance as co-counsel on behalf of Defendant TD BANK, N.A. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ryan E. Borneman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ryan E. Borneman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Pennsylvania and New Jersey Bars, as well as the U.S. District Courts for the Eastern and Middle District of Pennsylvania and the District of New Jersey and the U.S. Courts of Appeals for the First, Second, Third, and Tenth Circuits.

2. Movant, Julian A. Jackson-Fannin, Esquire, of the law firm of Duane Morris LLP, 201 S. Bisayne Blvd., Suite 3400, Miami, Florida 33131, 305.960.2200 (tel.), is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Borneman has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Borneman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Borneman at reborneman@duanemorris.com.

WHEREFORE, Julian A. Jackson-Fannin, moves this Court to enter an Order allowing Ryan E. Borneman to appear before this Court on behalf of Defendant TD BANK, N.A., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Borneman at reborneman@duanemorris.com.

Dated this 13th day of December, 2022

                                                Respectfully Submitted,

*s/ Julian A. Jackson-Fannin*
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Harvey W. Gurland, Jr.
Florida Bar No. 284033
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131
Tel: 305.960.2200
jjfannin@duanemorris.com
hwgurland@duanemorris.com
pnmendoza@duanemorris.com
jmagarin@duanemorris.com

*Counsel for Defendant, TD Bank, N.A.*