UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    Plaintiff,

v.

TD BANK. N.A., et. al.

    Defendants.
_____/

## CERTIFICATION OF RYAN E. BORNEMAN

Ryan E. Borneman, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Pennsylvania and New Jersey Bars, as well as the U.S. District Courts for the Eastern and Middle District of Pennsylvania and the District of New Jersey and the U.S. Courts of Appeals for the First, Second, Third, and Tenth Circuits; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

_____
RYAN E. BORNEMAN