UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A. a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company,

    Defendants.

CASE NO. 9:22-cv-81037-AMC

## JOINT NOTICE OF SELECTING A MEDIATOR

Pursuant to Local Rule 16.2 and the Court's Order Setting Trial, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge [DE 40], the Parties hereby give notice regarding the selection of Judge Howard Tescher (ret.), of Tescher Mediation Group, Inc., 401 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301, as the mediator in this matter, with such mediation conference to take place on May 12, 2023 at 10:30 a.m. EST.

Dated: February 15, 2023

    Respectfully submitted,

    */s/ David H. Haft*
    David H. Haft, Esq.
    david.haft@lewisbrisbois.com
    Florida Bar No.: 68992
    Lewis Brisbois Bisgaard & Smith, LLP
    110 Southeast Sixth Street, Suite 2600
    Fort Lauderdale, Florida 33301
    (954) 728-1280
    *Counsel for Plaintiff*

| | |
|---|---|
| */s/ Monique Eloi*<br>Monique Eloi, Esq.<br>meloi@jonesday.com<br>Florida Bar No. 1025828<br>Jones Day<br>600 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>(305) 714-9797<br>*Counsel for Experian Information Solutions, Inc.* | */s/ Julian A. Jackson-Fannin*<br>Julian A. Jackson-Fannin, Esq.<br>jjfannin@duanemorris.com<br>Florida Bar No. 93220<br>Duane Morris LLP<br>201 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>(305) 960-2200<br>*Counsel for TD Bank, N.A.* |
| */s/Jason Daniel Joffe*<br>Jason Daniel Joffe, Esq.<br>jason.joffe@squirepb.com<br>Florida Bar No. 13564<br>Squire Patton Boggs (US) LLP<br>200 S. Biscayne Blvd., Suite 4700<br>Miami, FL 33131<br>(305) 577-7000<br>*Counsel for Equifax Information Services LLC* | */s/ Alexandria Epps*<br>Alexandria Epps, Esq.<br>aepps@qslwm.com<br>Florida Bar No. 1002739<br>Quilling, Selander, Lownds,<br>Winslet & Moser, P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>(214) 560-5463<br>*Counsel for TransUnion, LLC* |