# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A. a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company,

    Defendants.

CASE NO. 9:22-cv-81037-AMC

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Judge Howard Tescher (ret.), on May 12, 2023, at 10:30 a.m. EST, in Broward County, Florida.

**DONE AND ORDERED** in Chambers at Fort Piece, Florida this _____ day of February, 2023.

                                                                                             AILEEN M. CANNON
                                                                                         UNITED STATES DISTRICT JUDGE

cc: Counsel of Record