UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81037-CIV-CANNON/Reinhart

**MARK KRIEGER**,

      Plaintiff,
v.

**TD BANK N.A., et al.**,

      Defendants.
_____/

## ORDER SCHEDULING MEDIATION

**THIS MATTER** comes before the Court upon the parties' Joint Proposed Notice Scheduling Mediation [ECF No. 48], filed on February 15, 2023. The mediation in this case shall be held before the Honorable Howard Tescher (Ret.) on May 12, 2023, 10:30 A.M., at Tescher Mediation Group, 401 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301. The parties are reminded that a report of their mediation must be **filed by the parties** within **five (5) days** of mediation. A mediation report filed by the mediator is insufficient to comply with this Order. **The mediation report shall indicate when and where the mediation was conducted; the name of the mediator; who attended the mediation; whether the case settled (in full or in part); whether it was adjourned; or whether the mediator declared an impasse. No changes to any aspect of this Order may be made absent a properly filed motion for such relief and Court approval**.

CASE NO. 22-81037-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of February 2023.

                                                                                                                                            _____
                                                                                                                                            **AILEEN M. CANNON**
                                                                                                                         **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record