UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 9:22-CV-81037-AMC

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A., a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SERVICES, INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company,

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS TRANS UNION, LLC AND EQUIFAX INFORMATION SERVICES LLC'S JOINT MOTION FOR JUDGMENT ON THE PLEADINGS**

THIS CAUSE having come before the Court on the Joint Motion to Stay Discovery Pending Resolution of Defendants Trans Union, LLC and Equifax Information Services LLC's Joint Motion for Judgment on Pleadings. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED and ADJUDGED** that:

The Motion to Stay Discovery is GRANTED and all discovery deadlines are hereby stayed until this Court rules on Trans Union and Equifax's Joint Motion for Judgment on the Pleadings.

**DONE AND ORDERED** in Chambers, Ft. Pierce, Florida this ___ day of April, 2023.

_____
HON. AILEEN M. CANNON
United States District Judge

Copies furnished: Counsel of Record