UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-81037-AMC

MARK KRIEGER,

           Plaintiff,

vs.

TD BANK, N.A. et al,

           Defendants.

_____/

## ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. On April 5, 2023, Defendants Trans Union LLC and Equifax Information Services, LLC filed a Joint Motion for Judgment on the Pleadings ("Motion"). ECF No. 53. Pursuant to Local Rule 7.1 (c)(1), Plaintiff Mark Krieger's response to the Motion was due on or before April 19, 2023. To date, Mr. Krieger has not filed a response to the Motion. Failure to timely respond after service of a motion "may be deemed sufficient cause for granting the motion by default." *See* SDFL Local Rule 7.1(c)(1).

WHEREFORE, on or before May 2, 2023, at 5:00 p.m. Eastern time, Mr. Krieger shall show cause why he failed to timely respond to the Motion and why this Court should not recommend that the District Judge grant the Motion based on

his failure to respond (ECF No. 53). Failure to timely respond may result in the Court recommending that the Motion be granted by default.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 25th day of April 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE