**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81037-CIV-CANNON/Reinhart**

**MARK KRIEGER**,

      Plaintiff,

v.

**TD BANK N.A., et al.**,

      Defendants.

_____/

## ORDER STAYING DISCOVERY

**THIS CAUSE** comes before the Court upon the Joint Motion to Stay Discovery Pending Resolution of Defendants' Joint Motion for Judgment on the Pleadings (the "Motion to Stay"), filed by Defendants Trans Union LLC and Equifax Information Services LLC [ECF No. 58; *see* ECF No. 53].   Whereas resolution of the Motion for Judgment on the Pleadings, as well as resolution of Defendant TD Bank, N.A.'s Motion to Dismiss and unobjected to Report and Recommendation on the Motion to Dismiss [ECF Nos. 32, 53], could obviate the need for further discovery in this matter, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Stay [ECF No. 58] is **GRANTED**.   Discovery in this matter shall be **STAYED** pending resolution of Defendants' Motion for Judgment on the Pleadings [ECF No. 53] and Defendant TD Bank's Motion to Dismiss [ECF No. 32].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of April 2023.

                              **AILEEN M. CANNON**
                              **UNITED STATES DISTRICT JUDGE**

cc:      counsel of record