UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 22-81037-CIV-CANNON/REINHART

MARK KRIEGER,

        Plaintiff,

vs.

TD BANK, N.A., et al.,

        Defendants.

_____/

**MEDIATOR'S REPORT**

PLEASE TAKE NOTICE that the above-referenced action was mediated before the undersigned on May 12, 2023, pursuant to the Court's Order Scheduling Mediation entered on February 16, 2023.

The Court should take further notice of the following:

(a) all parties and their counsel appeared in person in the undersigned's office;

(b) all matters between Plaintiff and Defendant TransUnion, LLC have been SETTLED;

(c) all matters between Plaintiff and Defendant Experian Information Solutions, Inc. have been SETTLED;

(d) the settling parties will be submitting the appropriate papers to the Court shortly;

(e) the undersigned declared an IMPASSE as to Defendants Equifax Information Services, LLC and TD Bank, N.A.; and

(f) the undersigned reminded the parties that they are to file a report of their mediation within five days of the mediation.

Respectfully submitted,

s/ Howard A. Tescher
Howard A. Tescher
Fla. Bar No. 0509183
TESCHER MEDIATION GROUP, INC.
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
(954) 236-9600 Telephone
e-mail: htescher@teschermediation.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Mediator's Report has been electronically filed on May 12, 2023, using the CM/ECF system.

/s/ Howard A. Tescher
HOWARD A. TESCHER