UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A., a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SERVICES, INC., an Ohio Corporation, and TRANS UNION, LLC, a Delaware Limited Liability Company,

    Defendants.
_____/

## JOINT MEDIATION REPORT

Pursuant to this Court's Order Scheduling Mediation [D.E. 49] and Local Rule 16.2(f), the Parties hereby submit this Joint Mediation Report, stating as follows:

    Date of Mediation:    May 12, 2023

    Location of Mediation:    Tescher Mediation Group, 401 E. Las Olas Boulevard, Suite 1400, Fort Lauderdale, FL 33301

    Name of Mediator:    Honorable Howard Tescher (Ret.)

    Participants at Mediation:    Plaintiff, Mark Krieger, Plaintiff's Counsel, David H. Haft, Esq.; Defendant, TD Bank, N.A., Counsel for TD Bank, N.A., Ryan Borneman, Esq. and Julian A. Jackson-Fannin, Esq.; Defendant, TransUnion, LLC, Counsel for TransUnion, LLC, Alexandria Epps, Esq.; Defendant Equifax Information Services, LLC, Counsel for Equifax

Information Services, LLC, Eric Barton, Esq.; and Defendant Experian Information Services, Inc., Counsel for Experian Information Services, Inc., Fabiola Delgado, Esq.

<u>Matters Settled</u>: (i) All matters between Plaintiff and Defendant TransUnion, LLC have been fully settled; (ii) All matters between Plaintiff and Defendant Experian Information Services, Inc. have been fully settled.

<u>Matters Resulting in Impasse</u>: An impasse has been reached on matters between Plaintiff and Defendants, TD Bank, N.A. and Equifax Information Services, LLC.

<u>Status of Mediation</u>: The Mediation Conference has been concluded. [D.E. 70].

Dated this 15th day of May 2023.

Respectfully Submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: *s/David H. Haft*
David H. Haft, Esq.
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com

**DUANE MORRIS LLP**

*s/ Julian A. Jackson-Fannin*
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Harvey W. Gurland, Jr.
Florida Bar No. 284033
Ryan E. Borneman, Esq.
Admitted *Pro Hac Vice*
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131
Tel: 305.960.2200
jjfannin@duanemorris.com
hwgurland@duanemorris.com
reborneman@duanemorris.com
pnmendoza@duanemorris.com
jmagarin@duanemorris.com
*Counsel for Defendant, TD Bank, N.A.*

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

*/s/ Alexandria Epps*
Alexandria Epps, Esq.
aepps@qslwm.com

Florida Bar No. 1002739
Amanda Loughmiller, Esq.
aloughmiller@qslwm.com
Admitted *Pro Hac Vice*
Plano, Texas 75024
(214) 560-5463
*Counsel for Defendant Trans Union LLC*

**JONES DAY**

*/s/ Fabiola Delgado*
Fabiola Delgado, Esq.
fdelgado@joneday.com
Florida Bar No. 1042026
Monique Eloi, Esq.
meloi@jonesday.com
Florida Bar No. 1025828
600 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 714-9797
*Counsel for Experian Information Solutions, Inc.*

**SQUIRE PATTON BOGGS (US) LLP**

*/s/Jason Daniel Joffe*
Jason Daniel Joffe, Esq.
jason.joffe@squirepb.com
Florida Bar No. 13564
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
(305) 577-7000
*Counsel for Equifax Information Services LLC*

**SEYFARTH SHAW, LLP**

*/s/ Eric F. Barton*
Eric F. Barton, Esq.
ebarton@seyfarth.com
Admitted *Pro Hac Vice*
1075 Peachtree Street, NE
Suite 2500
Atlanta, GA 30309
(404)-885-6772
*Co-Counsel for Equifax Information Services LLC*