UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81037-CIV-CANNON/Reinhart

**MARK KRIEGER**,

    Plaintiff,

v.

**TD BANK N.A., et al.**,

    Defendants.
_____/

**ORDER REQUIRING JOINT NOTICE OF SETTLEMENT AS TO DEFENDANTS TRANSUNION LLC AND EXPERIAN INFORMATION SERVICES, INC.**

**THIS CAUSE** comes before the Court upon the parties' Mediation Report [ECF No. 71], filed on May 15, 2023. The Mediation Report indicates that Plaintiff and Defendants TransUnion, LLC and Experian Information Services, Inc. have settled this matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that, on or before **May 19, 2023**, Plaintiff and Defendant TransUnion, LLC, and Plaintiff and Experian Information Services, Inc. shall jointly file a Joint Notice of Settlement that indicates whether the parties have reached a settlement. S.D. Fla. L.R. 16.2(f), 16.4

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of May 2023.

                                                            **AILEEN M. CANNON**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record