**EQUIFAX**

*CREDIT FILE : July 11, 2022*

*Confirmation # 2170525298*

P.O. Box 105518
Atlanta, GA 30348

000001504- DISC
MARK KRIEGER
8964 STONE PIER DR
BOYNTON BEACH, FL 33472-4324

Dear MARK KRIEGER:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the  dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains

(Continued On Next Page)
000001504-DISC

Page 1 of 6

2170525298-IW1-0abd0103000001ff-07112022

KRIEGER000602

COMPOSITE EX. 1

- medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(Continued On Next Page)
000001504-DISC

Page 2 of 6

2170525298-IW1-0abd0103000001ff-07112022

KRIEGER000603

COMPOSITE EX. 1

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certfed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* | | |
|---|---|---|
| **Credit Account Information**  (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by   credit grantors) | | |
| *Account History Status Code Descriptions* | 1 : 30-59 Days Past Due  2 : 60-89 Days Past Due  3 : 90-119 Days Past Due  4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due  6 : 180 or More Days Past Due  G : Collection Account  H : Foreclosure | J : Voluntary Surrender  K : Repossession  L : Charge Off |

>>>   **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Account # - *8095** The results are:   THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.   If you have additional questions about this item please contact:

(Continued On Next Page)  
000001504-DISC

Page 3 of 6

2170525298-IW1-0abd0103000001ff-07112022

KRIEGER000604

COMPOSITE EX. 1

**SUNTRUST, PO Box 85526, Richmond, VA 23285-5526 Phone: (877) 596-5407**

**>>>  We have researched the credit account. Account # - *6286 The results are:**  HISTORICAL ACCOUNT INFORMATION WAS UPDATED ON THIS ACCOUNT. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *HISTORICAL ACCOUNT INFORMATION.   If you have additional questions about this item please contact:  **TD BANK NA, PO BOX 219, LEWISTON, ME 04243-0219 Phone: (800) 462-3666**

**TD BANK NA**     PO BOX 219 LEWISTON ME 042430219 : 8004623666

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *6286 | 11/20/2013 | $ 650,000 | | 41 Years | Monthly | 99 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/2022 | $ 628,369 | $ 0 | 05/2022 | $ 0 | $ 4,908 | | 06/2022 | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Pays As Agreed | Mortgage | Conventional Re Mortgage | Individual Account | | |

ADDITIONAL INFORMATION:
*Real Estate Mortgage*

*Loan Modified*

Account History with Status Codes

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
| 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
| 3 | 3 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 |
| 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 01/2018 | 11/2016 | 10/2016 | 09/2016 | 08/2016 |
| 3 | 3 | 2 | 2 | 1 | 1 | 4 | 4 | 4 | 4 |
| 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | | | |
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/22 | $ 628,369 | $ 4,908 | $ 0 | 05/01/2022 | $ 650,000 | | $ 0 | **Conventional Re Mortgage** | |
| 05/22 | $ 586,000 | $ 4,908 | $ 4,908 | 04/01/2022 | $ 650,000 | | | Conventional Re Mortgage | |
| 04/22 | $ 601,787 | $ 4,908 | $ 4,908 | 04/01/2022 | $ 650,000 | | | Conventional Re Mortgage | |
| 03/22 | $ 602,804 | $ 4,908 | $ 4,908 | 03/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 02/22 | $ 654,607 | $ 4,908 | $ 4,908 | 02/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |

(Continued On Next Page)
000001504-DISC

Page 4 of 6

2170525298-IW1-0abd0103000001ff-07112022

KRIEGER000605

COMPOSITE EX. 1

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 01/22 | *$ 604,551* | *$ 4,908* | | *12/01/2021* | *$ 650,000* | | | *Conventional Re Mortgage* | |
| 12/21 | $ 605,545 | $ 5,032 | $ 10,065 | 11/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 11/21 | *$ 605,545* | *$ 5,032* | *$ 10,065* | *11/01/2021* | *$ 650,000* | | | *Conventional Re Mortgage* | |
| 10/21 | $ 607,279 | | $ 25,663 | 09/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 09/21 | *$ 607,279* | | *$ 25,663* | *09/01/2021* | *$ 650,000* | | | Conventional Re Mortgage | |
| 08/21 | *$ 624,603* | | *$ 10,065* | *08/01/2021* | $ 650,000 | | | Conventional Re Mortgage | |
| 07/21 | *$ 630,496* | | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 06/21 | *$ 626,321* | | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 05/21 | *$ 622,144* | $ 5,032 | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 04/21 | *$ 616,606* | $ 5,032 | $ 5,033 | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 03/21 | *$ 613,783* | $ 5,032 | *$ 5,033* | *03/01/2021* | $ 650,000 | | | Conventional Re Mortgage | |
| 02/21 | *$ 614,632* | $ 5,032 | *$ 10,654* | *02/01/2021* | $ 650,000 | | | Conventional Re Mortgage | |
| 01/21 | *$ 614,889* | *$ 5,032* | *$ 10,049* | *01/01/2021* | $ 650,000 | | | Conventional Re Mortgage | |
| 12/20 | $ 618,832 | $ 4,964 | $ 5,016 | *12/01/2020* | $ 650,000 | | | Conventional Re Mortgage | |
| 11/20 | $ 618,023 | $ 4,964 | *$ 5,016* | *11/01/2020* | $ 650,000 | | | Conventional Re Mortgage | |
| 10/20 | $ 620,232 | *$ 4,964* | $ 5,124 | 09/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |
| 09/20 | $ 618,421 | $ 5,016 | *$ 5,124* | *09/01/2020* | $ 650,000 | | | Conventional Re Mortgage | |
| 08/20 | *$ 619,008* | *$ 5,016* | *$ 30,101* | *08/01/2020* | $ 650,000 | | | Conventional Re Mortgage | |
| 07/20 | *$ 629,843* | $ 4,964 | *$ 15,050* | *07/01/2020* | $ 650,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000001504-DISC

Page 5 of 6

2170525298-IW1-0abd0103000001ff-07112022

KRIEGER000606

COMPOSITE EX. 1

***Notice to Consumers***

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.



### CREDIT FILE : August 03, 2022
### Confirmation # 2215590972

000023912- DISC
KRIEGER MARK
8964 STONE PIER DR
BOYNTON BEACH, FL 33472-4324

P.O. Box 105518
Atlanta, GA 30348

Dear KRIEGER MARK:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the  dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains

(Continued On Next Page)
000023912-DISC

Page 1 of 6

2215590972-EMB-0ad40102000001d1-08032022

KRIEGER000608

COMPOSITE EX. 1

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(Continued On Next Page)  
000023912-DISC

Page 2 of 6

2215590972-EMB-0ad40102000001d1-08032022

**KRIEGER000609**

COMPOSITE EX. 1

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certfed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
|---|

| *Credit Account Information*<br>(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors) | | |
|---|---|---|
| *Account History Status Code Descriptions* | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

>>> We have researched the credit account. Account # - *6286 The results are:  - THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION.   If you have additional questions about this item please contact: **TD BANK NA, PO BOX 219, LEWISTON, ME**

(Continued On Next Page)
000023912-DISC

Page 3 of 6

2215590972-EMB-0ad40102000001d1-08032022

KRIEGER000610

COMPOSITE EX. 1

04243-0219 Phone: (800) 462-3666

| TD BANK NA | PO BOX 219 LEWISTON ME 042430219 : 8004623666 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | | Creditor Classification |
| *6286 | 11/20/2013 | $ 650,000 | | 41 Years | Monthly | 99 | | | |
| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 08/03/2022 | $ 628,369 | $ 0 | 05/2022 | $ 0 | $ 4,908 | | 06/2022 | | | | | | |
| Status | Type of Account | | Type of Loan | | | Whose Account | | Portfolio Indicator | | Portfolio Status | | | |
| Pays As Agreed | Mortgage | | Conventional Re Mortgage | | | Individual Account | | | | | | | |

ADDITIONAL INFORMATION:
*Real Estate Mortgage*

*Loan Modified*

Account History with Status Codes

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/2020 4 | 02/2020 3 | 01/2020 3 | 12/2019 3 | 11/2019 3 | 10/2019 3 | 09/2019 3 | 08/2019 3 | 07/2019 3 | 06/2019 3 |
| 05/2019 3 | 04/2019 3 | 03/2019 2 | 02/2019 2 | 01/2019 3 | 12/2018 3 | 11/2018 3 | 10/2018 3 | 09/2018 3 | 08/2018 4 |
| 07/2018 3 | 06/2018 3 | 05/2018 2 | 04/2018 2 | 03/2018 1 | 01/2018 1 | 11/2016 4 | 10/2016 4 | 09/2016 4 | 08/2016 4 |
| 07/2016 4 | 06/2016 4 | 05/2016 4 | 04/2016 4 | 03/2016 4 | 02/2016 4 | 01/2016 4 | | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/22 | $ 628,369 | $ 4,908 | $ 0 | 05/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 06/22 | $ 628,369 | $ 4,908 | $ 0 | 05/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 05/22 | $ 586,000 | $ 4,908 | $ 4,908 | 04/01/2022 | $ 650,000 | | | Conventional Re Mortgage | |
| 04/22 | $ 601,787 | $ 4,908 | $ 4,908 | 04/01/2022 | $ 650,000 | | | Conventional Re Mortgage | |
| 03/22 | $ 602,804 | $ 4,908 | $ 4,908 | 03/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 02/22 | $ 654,607 | $ 4,908 | $ 4,908 | 02/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 01/22 | $ 604,551 | $ 4,908 | | 12/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000023912-DISC

Page 4 of 6

2215590972-EMB-0ad40102000001d1-08032022

KRIEGER000611

COMPOSITE EX. 1

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 12/21 | $ 605,545 | $ 5,032 | $ 10,065 | 11/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 11/21 | $ 605,545 | $ 5,032 | $ 10,065 | 11/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 10/21 | $ 607,279 | | $ 25,663 | 09/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 09/21 | $ 607,279 | | $ 25,663 | 09/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 08/21 | $ 624,603 | | $ 10,065 | 08/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 07/21 | $ 630,496 | | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 06/21 | $ 626,321 | | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 05/21 | $ 622,144 | $ 5,032 | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 04/21 | $ 616,606 | $ 5,032 | $ 5,033 | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 03/21 | $ 613,783 | $ 5,032 | $ 5,033 | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 02/21 | $ 614,632 | $ 5,032 | $ 10,654 | 02/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 01/21 | $ 614,889 | $ 5,032 | $ 10,049 | 01/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 12/20 | $ 618,832 | $ 4,964 | $ 5,016 | 12/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |
| 11/20 | $ 618,023 | $ 4,964 | $ 5,016 | 11/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |
| 10/20 | $ 620,232 | $ 4,964 | $ 5,124 | 09/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |
| 09/20 | $ 618,421 | $ 5,016 | $ 5,124 | 09/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |
| 08/20 | $ 619,008 | $ 5,016 | $ 30,101 | 08/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000023912-DISC

Page 5 of 6

2215590972-EMB-0ad40102000001d1-08032022

KRIEGER000612

COMPOSITE EX. 1

*Notice to Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(End of Report)
000023912-DISC

Page 6 of 6

2215590972-EMB-0ad40102000001d1-08032022

KRIEGER000613

COMPOSITE EX. 1



### CREDIT FILE : October 28, 2022
### Confirmation # 2281538187

000006120- DISC
KRIEGER MARK
8964 STONE PIER DR
BOYNTON BEACH, FL 33472-4324

P.O. Box 105518
Atlanta, GA 30348

Dear KRIEGER MARK:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(Continued On Next Page)
000006120-DISC

Page 1 of 6

2281538187-EMB-0b2a010100000120-10282022

KRIEGER000614

COMPOSITE EX. 1

- medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(Continued On Next Page)
000006120-DISC

Page 2 of 6

2281538187-EMB-0b2a010100000120-10282022

KRIEGER000615

COMPOSITE EX. 1

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certfed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
|---|

| *Credit Account Information* <br> (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors) |||
|---|---|---|
| *Account History Status Code Descriptions* | 1 : 30-59 Days Past Due <br> 2 : 60-89 Days Past Due <br> 3 : 90-119 Days Past Due <br> 4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due <br> 6 : 180 or More Days Past Due <br> G : Collection Account <br> H : Foreclosure | J : Voluntary Surrender <br> K : Repossession <br> L : Charge Off |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *6286 The results are:** THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THE PRIOR PAYING HISTORY

(Continued On Next Page) 
000006120-DISC

Page 3 of 6

2281538187-EMB-0b2a010100000120-10282022

KRIEGER000616

COMPOSITE EX. 1

ON THIS ACCOUNT HAS BEEN UPDATED. THE BALANCE OF THIS ITEM HAS BEEN UPDATED. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT.   If you have additional questions about this item please contact:  **TD BANK NA, PO BOX 219, LEWISTON, ME 04243-0219 Phone: (800) 462-3666**

| **TD BANK NA** | PO BOX 219 LEWISTON ME 042430219 : 8004623666 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
| *6286 | 11/20/2013 | $ 650,000 | | 41 Years | Monthly | 99 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2022 | $ 623,621 | $ 0 | 09/2022 | $ 0 | $ 4,908 | | 09/2022 | | | | | | |
| Status | Type of Account | | Type of Loan | | | Whose Account | | | Portfolio Indicator | | Portfolio Status | | |
| Pays As Agreed | Mortgage | | Conventional Re Mortgage | | | Individual Account | | | | | | | |

ADDITIONAL INFORMATION:
*A Temporary Update Freeze On File*

*Real Estate Mortgage*

*Loan Modified*

Account History with Status Codes

| 04/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
| 3 | 3 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 |
| 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 01/2018 | 11/2016 | 10/2016 | 09/2016 | 08/2016 |
| 3 | 3 | 2 | 2 | 1 | 1 | 4 | 4 | 4 | 4 |
| 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | | | | | |
| 4 | 4 | 4 | 4 | 4 | | | | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $ 627,774 | $ 4,908 | $ 4,908 | 09/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 08/22 | $ 586,006 | $ 4,908 | $ 9,817 | 08/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 07/22 | $ 628,369 | $ 4,908 | $ 0 | 05/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 06/22 | $ 628,369 | $ 4,908 | $ 0 | 05/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 05/22 | $ 586,000 | $ 4,908 | $ 4,908 | 04/01/2022 | $ 650,000 | | | Conventional Re Mortgage | |
| 04/22 | $ 601,787 | $ 4,908 | $ 4,908 | 04/01/2022 | $ 650,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000006120-DISC

Page 4 of 6

2281538187-EMB-0b2a010100000120-10282022

KRIEGER000617

COMPOSITE EX. 1

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 03/22 | $ 602,804 | $ 4,908 | $ 4,908 | 03/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 02/22 | $ 654,607 | $ 4,908 | $ 4,908 | 02/01/2022 | $ 650,000 | | $ 0 | Conventional Re Mortgage | |
| 01/22 | $ 604,551 | $ 4,908 | | 12/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 12/21 | $ 605,545 | $ 5,032 | $ 10,065 | 11/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 11/21 | $ 605,545 | $ 5,032 | $ 10,065 | 11/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 10/21 | $ 607,279 | | $ 25,663 | 09/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 09/21 | $ 607,279 | | $ 25,663 | 09/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 08/21 | $ 624,603 | | $ 10,065 | 08/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 07/21 | $ 630,496 | | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 06/21 | $ 626,321 | | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 05/21 | $ 622,144 | $ 5,032 | | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 04/21 | $ 616,606 | $ 5,032 | $ 5,033 | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 03/21 | $ 613,783 | $ 5,032 | $ 5,033 | 03/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 02/21 | $ 614,632 | $ 5,032 | $ 10,654 | 02/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 01/21 | $ 614,889 | $ 5,032 | $ 10,049 | 01/01/2021 | $ 650,000 | | | Conventional Re Mortgage | |
| 12/20 | $ 618,832 | $ 4,964 | $ 5,016 | 12/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |
| 11/20 | $ 618,023 | $ 4,964 | $ 5,016 | 11/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |
| 10/20 | $ 620,232 | $ 4,964 | $ 5,124 | 09/01/2020 | $ 650,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)  
000006120-DISC

Page 5 of 6

2281538187-EMB-0b2a010100000120-10282022

KRIEGER000618

COMPOSITE EX. 1

*Notice to Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(End of Report)
000006120-DISC

Page 6 of 6

2281538187-EMB-0b2a010100000120-10282022

KRIEGER000619

COMPOSITE EX. 1