UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81037-CIV-CANNON/Reinhart

**MARK KRIEGER**,

    Plaintiff,

v.

**TD BANK N.A., et al.**,

    Defendants.

_____/

**ORDER DISMISSING PLAINTIFF'S CLAIMS
AGAINST CERTAIN DEFENDANTS ONLY**

**THIS CAUSE** comes before the Court upon the Stipulation of Dismissal filed by Plaintiff and Defendants Experian Information Services, Inc. and Trans Union, LLC [ECF No. 76]. Pursuant to the Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

**ORDERED and ADJUDGED** as follows:

1. Plaintiff's claims in this action against Defendants Experian Information Services, Inc. and Trans Union, LLC are **DISMISSED WITH PREJUDICE**, effective June 8, 2023, the date on which the parties filed the Joint Stipulation of Dismissal [ECF No. 76].

2. The Clerk of Court shall **TERMINATE** Experian Information Services, Inc. and Trans Union, LLC as Defendants in this matter.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of June 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record