UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81037-CIV-CANNON/Reinhart

**MARK KRIEGER**,

    Plaintiff,
v.

**TD BANK N.A., et al.**,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS [ECF Nos. 57, 69]

**THIS CAUSE** comes before the Court upon the following two filings: (1) the Magistrate Judge's Report and Recommendation on Defendant TD Bank, N.A.'s Motion to Dismiss (the "First Report") filed on April 13, 2023 [ECF No. 57]; and (2) the Magistrate Judge's Report and Recommendation on Defendants' Joint Motion for Judgment on the Pleadings (the "Second Report") filed on May 9, 2023 [ECF No. 69]. For the reasons set forth herein, both Reports [ECF No. 57, 59] are **ACCEPTED**; Defendant TD Bank's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**; and Defendants' Joint Motion for Judgment on the Pleadings is **GRANTED**.

On November 30, 2022, Defendant TD Bank, N.A. ("TD Bank") filed a Motion to Dismiss Counts III, VI, VII, and VIII of Plaintiff's Amended Complaint (the "Motion to Dismiss") [ECF No. 32].[1] TD Bank's Motion also seeks to strike Plaintiff's prayer for statutory damages and attorneys' fees in Counts III–VIII of Plaintiff's Amended Complaint, and seeks to strike

---

[1] Defendant TD Bank did not seek dismissal as to Counts I, II, IV, V, IX, or X in its Motion to Dismiss [*see generally* ECF No. 32].

CASE NO. 22-81037-CIV-CANNON/Reinhart

Plaintiff's jury demand on all counts in the Amended Complaint [ECF No. 32]. On April 13, 2023, following referral, Magistrate Judge Reinhart issued a Report recommending that the Motion to Dismiss be granted in part and denied in part [ECF No. 57 pp. 1, 11]. On April 19, 2023, Plaintiff and TD Bank filed a Joint Notice stating that neither party intends to file objections to the Report [ECF No. 59].

On April 5, 2023, Defendant Equifax Information Services, LLC ("Equifax") filed a Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (the "Motion for Judgment on the Pleadings") [ECF No. 53].[2] On May 9, 2023, following referral, Judge Reinhart issued a Report recommending that the Motion for Judgment on the Pleading be granted and judgment be entered in favor of Equifax on Count XII [ECF No. 69 p. 1, 9]. Objections to the Report were due on May 23, 2023 [ECF No. 69 p. 9]. On May 26, 2023, three days after the deadlines, Plaintiff filed untimely objections to the Report [ECF No. 75].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report,

---

[2] Defendant Trans Union, LLC ("Trans Union) jointly filed the Motion for Judgment on the Pleadings with Equifax [ECF No. 53]. After the Report was issued, however, Trans Union and Plaintiff filed a Joint Notice of Settlement [ECF No. 73]. On June 8, 2023, Plaintiff and Trans Union filed a joint stipulation of dismissal, triggering dismissal of Plaintiff's claim against Trans Union (Count XIV) [ECF Nos. 76, 78]. Therefore, this Order proceeds by addressing the Motion for Judgment on the Pleadings as to Equifax only.

CASE NO. 22-81037-CIV-CANNON/Reinhart

the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

In this case, the Court sees no clear error of fact or law in either the First or Second Report [ECF Nos. 57, 69]. 28 U.S.C. § 636(b)(1). No party filed objections to the First Report, and although Plaintiff filed objections to the Second Report, Plaintiff did so after the deadline to do so expired despite being warned of the objection deadline and the consequence of failing to file timely objections [ECF No. 69 p. 9; ECF No. 75]. The Court thus declines to consider Plaintiff's untimely objections. *See Corwin v. Walt Disney Co.*, 475 F.3d 1239, 1255 (11th Cir. 2007) (affirming district court's decision not to consider a plaintiff's untimely objections to a report and recommendation on costs); 11th Cir. R. 3-1.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The First Report and Recommendation [ECF No. 57] is **ACCEPTED**.

2. Defendant TD Bank's Motion to Dismiss [ECF No. 32] is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Counts III, VI, and VIII of the Amended Complaint [ECF No. 11 ¶¶ 54–58, 68–71, 78–83] are **DISMISSED WITH PREJUDICE**.

    b. Count VII of the Amended Complaint [ECF No. 11 ¶¶ 78–83] is **DISMISSED WITHOUT PREJUDICE**.

    c. Plaintiff's request for statutory damages and attorneys' fees in Counts IV and V [ECF No. 11 ¶¶ 62, 67] are **STRICKEN**.

    d. Plaintiff's jury trial demand for Counts I, II, IV, V, IX, X, and XI [ECF No. 11 p. 30] are **STRICKEN**.

3. Plaintiff will be given **one final opportunity** to file a Second Amended Complaint to replead its claims against Defendant TD Bank, including Count VII, as consistent with

3

CASE NO. 22-81037-CIV-CANNON/Reinhart

the First Report and this Order [ECF No. 57]. **Plaintiff's Second Amended Complaint is due on or before <u>July 17, 2023</u>**. The filing of an Amended Complaint supersedes and replaces the original complaint. *See Reynolds v. Behrman Cap. IV L.P.*, 988 F.3d 1314, 1319 (11th Cir.), *cert. denied*, 142 S. Ct. 239 (2021).

4. The Second Report and Recommendation [ECF No. 69] is **ACCEPTED**.

5. The Joint Motion for Judgment on the Pleadings [ECF No. 53] is **GRANTED**. Judgment in favor of Equifax Information Solutions, LLC on Count XII will be entered by separate order.

6. The Court hereby **LIFTS** the previous stay of discovery [ECF No. 63].

7. On or before **July 11, 2023**, the parties shall file a Renewed Joint Scheduling Report that complies with the Court's Order [ECF No. 33] and takes into account any developments, discovery or otherwise, in the litigation since entry of the prior Scheduling Order [ECF No. 40].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of June 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record