UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81037-CIV-CANNON/Reinhart

**MARK KRIEGER**,

    Plaintiff,

v.

**TD BANK, N.A., et al.**,

    Defendants.
_____/

## FINAL JUDGMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY

**THIS MATTER** comes before the Court on the Defendant Equifax Information Services, LLC's Motion for Judgment on the Pleadings [ECF No. 53]. The Court granted that motion in a separate order [ECF No. 79]. In accordance with Federal Rule of Civil Procedure 54(b), it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Equifax Information Services, LLC and against Plaintiff Mark Krieger as to Count XII of the Second Amended Complaint [ECF No. 11].

2. The Clerk of Court shall **TERMINATE** Equifax Information Services, LLC as a Defendant in this matter.

3. This case shall remain open as to Defendant TD Bank, N.A.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of June 2023.

                                                    **AILEEN M. CANNON**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record