**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.: 22-cv-81037-CANNON/REINHART

MARK KRIEGER,

      Plaintiff,

v.

TD BANK, N.A., a National
Banking Association, EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia Limited Liability Company,

      Defendants.

_____/

**DEFENDANTS TD BANK, N.A. AND EQUIFAX INFORMATION**
**SERVICES, LLC'S JOINT MOTION FOR CLARIFICATION**
**OF PAPERLESS ORDER ENTERED ON AUGUST 1, 2023**

      Defendants TD BANK, N.A. ("***TD Bank***") and EQUIFAX INFORMATION SERVICES,

LLC ("***Equifax***") (collectively, "***Defendants***"), by and through their respective undersigned

counsel, and pursuant to Fed. R. Civ. P. 7(b) and S.D. Fla. L.R. 7.1, respectfully move for

clarification of the Court's Paperless Order entered on August 1, 2023.  In support of this Motion,

Defendants state as follows:

      1.      On June 23, 2023, the Court accepted Magistrate Judge Reinhart's Report and

Recommendation granting TD Bank's Motion to Dismiss [D.E. 46] and Equifax's Joint Motion

for Judgment on the Pleadings [D.E. 53]. [D.E. 79].

      2.      On June 26, 2023, the Court entered Final Judgment as to Equifax Information

Services, LLC. [D.E. 80].  As such, Equifax was terminated from the instant action the same day.

3.      On July 18, 2023, Plaintiff filed a Corrected Second Amended Complaint against TD Bank and Equifax. [D.E. 85].

4.      On August 1, 2023, because Equifax was no longer a party to the case, Plaintiff filed a proposed summons to Equifax. [D.E. 87].

5.      On the same day, the Court entered a Paperless Order granting TD Bank's request for an extension of time to respond and requiring Defendants to file a combined response or individual answers to Plaintiff's Corrected Second Amended Complaint on or before August 4, 2023. [D.E. 88].

6.      As of August 3, 2023, Equifax has not been served with Plaintiff's Corrected Second Amended Complaint.

7.      Given that Equifax has not been served with Plaintiff's Corrected Second Amended Complaint, and in light of the Court's prior Order Requiring Combined Responses [D.E. 14], Defendants are unsure as to the precise deadline to respond to Plaintiff's Corrected Second Amended Complaint and, therefore, seek further clarification from the Court.

WHEREFORE, Defendants TD Bank, N.A. and Equifax Information Services, LLC respectfully request clarification of the Court's Paperless Order entered on August 1, 2023 [D.E. 88] to determine the precise deadline to respond to Plaintiff's Corrected Second Amended Complaint.

## **LOCAL RULE 7.1(a)(3) PRE-FILING CERTIFICATION**

The undersigned counsel hereby certify that they conferred with Plaintiff's counsel via e-mail concerning the relief requested herein.  Plaintiff's counsel has no objection to the clarification requested by Defendants TD Bank, N.A. and Equifax Information Services, LLC.

Dated this 3rd day of August, 2023.

Respectfully Submitted,

**SQUIRE PATTON BOGGS (US) LLP**

*s/ Jason Daniel Joffe*
Jason D. Joffe, Esq.
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
Tel: (305) 577-7000
Jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

**DUANE MORRIS LLP**

*s/ Julian A. Jackson-Fannin*
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Harvey W. Gurland, Jr.
Florida Bar No. 284033
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131
Tel: 305.960.2200
jjfannin@duanemorris.com
hwgurland@duanemorris.com
pnmendoza@duanemorris.com
jmagarin@duanemorris.com

*Counsel for Defendant TD Bank, N.A.*

DM1\14360386.1