UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    Plaintiff,

vs.

TD BANK, N.A. a National
Banking Association, EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia Limited Liability Company,

    Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANTS'
JOINT MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**

THIS CAUSE having come before the Court on Defendants' Joint Motion for Extension of Time to Respond to Plaintiff's Corrected Second Amended Complaint (D.E. ___) (the "*Motion*"), and the Court having reviewed the Motion, the record, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall respond to Plaintiff's Corrected Second Amended Complaint on or before September 19, 2023.

**DONE AND ORDERED** this ___ day of August, 2023.

                                                                _____
                                                                 AILEEN M. CANNON
                                                                 DISTRICT JUDGE

Copies provided to:
All Counsel of Record