UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

| | |
|---|---|
| MARK KRIEGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TD BANK, N.A. a National | ) |
| Banking Association, EQUIFAX | ) |
| INFORMATION SERVICES, LLC, a | ) |
| Georgia Limited Liability Company, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' UNOPPOSED JOINT MOTION TO EXCEED THE PAGE LIMITATION IN THEIR COMBINED MOTION TO DISMISS PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**

Defendants TD BANK, N.A. ("***TD Bank***") and EQUIFAX INFORMATION SERVICES, LLC ("***Equifax***"), collectively referred to herein as "***Defendants***", move the Court for leave to exceed the page limitation in their Combined Motion to Dismiss Plaintiff's Corrected Second Amended Complaint (the "***Motion to Dismiss***"). As explained below, Defendants seek leave to file a Motion to Dismiss that will have fifteen (15) additional pages. In support of this motion, Defendants state as follows:

1. Pursuant to Rule 7.1(C)(2) of the Local Rules of the United States District Court for the Southern District of Florida, a motion is limited to twenty (20) pages, absent leave of Court.

2. On December 19, 2022, the Court entered its Order Requiring Combined Responses. (D.E. 14). Accordingly, Defendants are required to submit a combined Motion to Dismiss Plaintiff's Corrected Second Amended Complaint.

3. In order to fully address each of their respective legal arguments in support of their Combined Motion to Dismiss, Defendants respectfully request that the Court allow them an additional fifteen (15) pages (35 total pages) for their Combined Motion to Dismiss.

4. No party will be prejudiced by the Court granting this motion and it is in the interest of justice for Defendants to be allowed the additional pages in order to fully address the issues that before the Court.

5. For the Court's convenience a proposed Order granting this motion is attached.

## LOCAL RULE 7.1(a)(3) PRE-FILING CERTIFICATION

Counsel for Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendants TD BANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC respectfully request leave to exceed the page limitation in their Motion to Dismiss Plaintiff's Corrected Second Amended Complaint by an additional fifteen (15) pages.

Dated this 12th day of September, 2023.                    Respectfully Submitted,

| | |
|---|---|
| */s/ Julian A. Jackson-Fannin* | *Jason Daniel Joffe* |
| Julian A. Jackson-Fannin, Esq. | Jason Daniel Joffe, Esq. |
| Florida Bar No.: 0093220 | Florida Bar No. 0013564 |
| DUANE MORRIS LLP | Squire Patton Boggs (US) LLP |
| 201 S. Biscayne Blvd., Suite 3400 | 200 S. Biscayne Blvd., Suite 3400 |
| Miami, Florida 33131-4325 | Miami, Florida 33131 |
| Tel: (305) 960-2253 | Tel: (305) 577-7010 |
| JJFannin@duanemorris.com | Jason.joffe@squirepb.com |
| *Attorneys for TD Bank, N.A.* | *Attorneys for Equifax Information Services, LLC* |

DM1\14482997.1