UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

| | |
|---|---|
| MARK KRIEGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TD BANK, N.A. a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION TO EXCEED THE PAGE LIMITATION IN THEIR COMBINED MOTION TO DISMISS PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**

THIS CAUSE having come before the Court on Defendants' Joint Motion to Exceed the Page Limitation in their Combined Motion to Dismiss Plaintiff's Corrected Second Amended Complaint (D.E. ___) (the "*Motion*"), and the Court having reviewed the Motion, the record, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants TD BANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC may exceed the page limitation in their Motion to Dismiss Plaintiff's Corrected Second Amended Complaint by fifteen (15) pages.

**DONE AND ORDERED** this ___ day of September, 2023.

_____
AILEEN M. CANNON
DISTRICT JUDGE

Copies provided to:
All Counsel of Record