**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.: 22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    Plaintiff,

v.

TD BANK. N.A., a National Banking Association, and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,

    Defendants.
_____/

**NOTICE OF FILING EXHIBIT A TO TD BANK, N.A. AND EQUIFAX INFORMATION SERVICES, LLC'S COMBINED MOTION TO DISMISS CORRECTED SECOND AMENDED COMPLAINT, AND TD BANK, N.A.'S MOTION TO STRIKE PLAINTIFF'S PRAYER FOR ATTORNEY'S FEES IN COUNTS I-III AND V, AND PLAINTIFF'S JURY DEMAND**

Defendant, TD BANK, N.A., gives notice of filing the attached Exhibit A to TD Bank, N.A. and Equifax Information Services, LLC's Combined Motion to Dismiss Corrected Second amended Complaint, and TD Bank, N.A.'s Motion to Strike Plaintiff's Prayer for Attorney's Fees in Counts I-III and V, and Plaintiff's Jury Demand, filed at D.E. 97.

                                            Respectfully Submitted,

                                            */s/ Julian A. Jackson-Fannin*
                                            Julian A. Jackson-Fannin, Esq.
                                            Florida Bar No. 93220
                                            Harvey W. Gurland, Jr.
                                            Florida Bar No. 284033
                                            DUANE MORRIS LLP
                                            201 S. Biscayne Boulevard, Suite 3400
                                            Miami, FL 33131
                                            Tel: 305.960.2200
                                            jjfannin@duanemorris.com
                                            hwgurland@duanemorris.com

-and-

Ryan E. Borneman, Esq.
Admitted *Pro Hac Vice*
30 South 17th Street
Philadelphia PA, 19320
Tel:  215-979-1105
reborneman@duanemorris.com

*Counsel for Defendant, TD Bank, N.A.*