UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    *Plaintiff*,

vs

TD BANK, N.A. a National
Banking Association, EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia Limited Liability Company

    *Defendant*,

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Movant, David M. Robbins Esq. ("Movant"), pursuant to Local Rule 7.1 and 11.1(d)(3), hereby files this Motion to Withdraw as counsel for Mark Krieger (the "Client").

1. Movant was previously an associate attorney with the law firm Lewis Brisbois Bisgaard & Smith ("Lewis Brisbois") which represented the Client. Movant is no longer an associate at Lewis Brisbois.

2. Pursuant to Local Rule 11.1(d)(3), Movant respectfully requests that this Court grant him leave to withdraw as counsel for the Client in this action. The Client remains in the good care and representation of the attorneys of Lewis Brisbois, whose mailing address is 110 SE 6th St. Suite 2600, Fort Lauderdale, FL 33301.

3. Movant does not currently have in his possession the address of the Client and intends for this Motion to Serve as Notice to the Client through their attorneys at Lewis Brisbois (and to opposing counsel), as required under Local Rule 11.1(d)(3).

WHEREFORE, Movant respectfully requests that this Court enter an order granting

1

Movant Leave to withdraw as counsel for the Client, and for any further relief this Court may deem just and proper.

Dated:  October 3, 2023.                             Respectfully submitted,

*/s/ David M. Robbins*
David M. Robbins
Florida Bar No.: 1012340
drobbins@pbyalaw.com
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 331341
P: (305) 377-0086

## CERTIFICATE OF SERVICE

*I Hereby Certify* that on this 3rd day of October, 2023 a true and correct copy of the this document was submitted through CM/ECF for filing and service upon the attorneys of record in this action.

By: */s/ David M Robbins*                 .