NITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    Plaintiff,

vs

TD BANK, N.A. a National
Banking Association, EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia Limited Liability Company

    Defendant,

_____/

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

THIS CAUSE having come to be considered on the Motion of David Robbins to Withdraw as Counsel of Record in the above-styled cause, and the Court being otherwise duly advised in the premises, it is:

**ORDERED** and **ADJUDGED** as follows:

1. The Motion of David Robbins to Withdrawal as Counsel of Record is hereby **GRANTED**.

2. David Robbins, Esq. is relieved of any further responsibility in connection with this action.

3. Further, the Clerk is hereby directed to dissociate and remove this case from Mr. Robbins CM/ECF account.

DONE AND ORDERED in the Southern District of Florida on _____.

_____
UNITED STATES DISTRICT JUDGE

Copies:  All counsel of record via CM/ECF