UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

MARK KRIEGER,

    Plaintiff,

v.

TD BANK, N.A., a National Banking Association, and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMITATION IN ITS RESPONSE IN OPPOSITION TO DEFENDANTS' COMBINED MOTION TO DISMISS PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**

Plaintiff, Mark Krieger ("Plaintiff"), by and through undersigned counsel, hereby move this Court for leave to exceed the page limitation in its Response in Opposition (the "Response") to Defendants, TD Bank, N.A. and Equifax Information Services, LLC's (collectively, the "Defendants") Combined Motion to Dismiss (the "Motion to Dismiss") Corrected Second Amended Complaint ("SAC"). For the reasons stated below, and in an abundance of caution, Plaintiff seeks leave to file its Response that will have up to fifteen (15) additional pages. In support of this motion, Plaintiff states as follows:

    1.    Pursuant to Rule 7.1(C)(2) of the Local Rules of the United States District Court for the Southern District of Florida, a response in opposition to a motion is limited to twenty (20) pages, absent leave of Court.

    2.    On September 19, 2023, Defendants filed their combined Motion to Dismiss [DE

97], which filing consisted of 31 total pages of argument by the Defendants.[1]

3. In order to fully address each of the respective legal arguments raised by Defendants in the Motion to Dismiss, Plaintiff respectfully requests that this Honorable Court permit Plaintiff to file up to an additional fifteen (15) pages (not to exceed 35 total pages) for its Response to the Motion to Dismiss.

4. No party will be prejudiced by the Court's granting of this motion, and it is in the interests of justice for Plaintiff to be allowed the additional pages in order to fully address the issues before the Court.

5. For the Court's convenience, a proposed Order granting this motion is attached hereto.

### LOCAL RULE 7.1(a)(3) PRE-FILING CERTIFICATION

Counsel for Plaintiff has conferred with respective counsel for the Defendants, who have each indicated that Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiff, Mark Krieger, respectfully requests leave to exceed the page limitation in its Response to Defendants' Motion to Dismiss by an additional fifteen (15) pages.

Dated this 16th day of October, 2023.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

---

[1] The Court previously granted Defendants leave to exceed the page limit for the Motion to Dismiss. *See* DE 96.

By: *s/David H. Haft*  
David H. Haft, Esq.  
Florida Bar No.: 68992  
david.haft@lewisbrisbois.com  
aviva.pasternak@lewisbrisbois.com  

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2023, a true and correct copy of the foregoing was filed via the CM/ECF system, which will serve a true and correct copy of the same to all attorneys of record.

*s/David H. Haft*  
David H. Haft