UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-81037-CANNON/REINHART

| | |
|---|---|
| MARK KRIEGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| TD BANK, N.A. a National | ) |
| Banking Association, EQUIFAX | ) |
| INFORMATION SERVICES, LLC, a | ) |
| Georgia Limited Liability Company, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' UNOPPOSED JOINT MOTION TO EXCEED THE PAGE LIMITATION IN THEIR REPLY IN SUPPORT OF COMBINED MOTION TO DISMISS PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**

Defendants TD BANK, N.A. ("***TD Bank***") and EQUIFAX INFORMATION SERVICES, LLC ("***Equifax***"), collectively referred to herein as "***Defendants***", move the Court for leave to exceed the page limitation in their Reply in Support of Combined Motion to Dismiss Plaintiff's Corrected Second Amended Complaint (the "***Reply***"). As explained below, Defendants seek leave to file a Motion to Dismiss that will have fifteen (15) additional pages. In support of this motion, Defendants state as follows:

1.  Pursuant to Rule 7.1(C)(2) of the Local Rules of the United States District Court for the Southern District of Florida, a reply memorandum shall not exceed ten (10) pages, absent leave of Court.

2. On September 19, 2023, Defendants filed their Combined Motion to Dismiss Corrected Second Amended Complaint, and TD Bank, N.A.'s Motion to Strike Plaintiff's Prayer for Attorney's Fees in Counts I-III and V, and Plaintiff's Jury Demand ("Motion to Dismiss/Strike"). [D.E. 97].  Pursuant to the Court's Order allowing excess pages, Defendants' Motion to Dismiss/Strike exceeded the number of pages permitted under the local rules  *See* D.E. 96 and 97.

3. On October 27, 2023, Plaintiff filed his revised Response in Opposition to the Motion to Dismiss/Strike ("Plaintiff's Response"). [D.E. 108].  Plaintiff's Response was filed pursuant to the Court's Order allowing Plaintiff to exceed the page limitation in his response, and allowing him additional time to re-file a lengthier Response. *See* D.E. 106.

4. Defendants' Reply in Support of their Motion to Dismiss/Strike is due on November 10, 2023. [D.E. 107].

5. In order to fully address each of their respective legal arguments in support of their Combined Motion to Dismiss, Defendants respectfully request that the Court allow them an additional fifteen (15) pages (25 total pages) for their Reply.

6. No party will be prejudiced by the Court granting this motion and it is in the interest of justice for Defendants to be allowed the additional pages in order to fully address the issues that before the Court.

7. For the Court's convenience a proposed Order granting this motion is attached.

### **LOCAL RULE 7.1(a)(3) PRE-FILING CERTIFICATION**

Counsel for Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendants TD BANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC respectfully request leave to exceed the page limitation in their Reply in Support of Combined Motion to Dismiss Plaintiff's Corrected Second Amended Complaint by an additional fifteen (15) pages.

Dated this 9th day of November, 2023.    Respectfully Submitted,

*/s/ Julian A. Jackson-Fannin*
Julian A. Jackson-Fannin, Esq.
Florida Bar No.: 0093220
DUANE MORRIS LLP
201 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131-4325
Tel: (305) 960-2253
JJFannin@duanemorris.com
*Attorneys for TD Bank, N.A.*

DM1\14741859.1