**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 9:22-cv-81037-CANNON/REINHART

| | |
|---|---|
| MARK KRIEGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| TD BANK, N.A. a National | ) |
| Banking Association, EQUIFAX | ) |
| INFORMATION SERVICES, LLC, a | ) |
| Georgia Limited Liability Company, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED**
**JOINT MOTION TO EXCEED THE PAGE LIMITATION IN THEIR REPLY**
**IN SUPPORT OF COMBINED MOTION TO DISMISS PLAINTIFF'S**
**<u>CORRECTED SECOND AMENDED COMPLAINT</u>**

THIS CAUSE having come before the Court on Defendants' Joint Motion to Exceed the Page Limitation in their Reply in Support of Combined Motion to Dismiss Plaintiff's Corrected Second Amended Complaint (D.E. ___) (the "***Motion***"), and the Court having reviewed the Motion, the record, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants TD BANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC may exceed the page limitation in their

Reply in Support of Combined Motion to Dismiss Plaintiff's Corrected Second Amended Complaint by fifteen (15) pages.

**DONE AND ORDERED** this ___ day of November, 2023.

_____
AILEEN M. CANNON
DISTRICT JUDGE

Copies provided to:
All Counsel of Record