UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:22-CV-81037-AMC

MARK KRIEGER,

       Plaintiff,

v.

TD BANK, N.A., a National Banking Association, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SERVICES, INC., an Ohio Corporation, and TRANSUNION, LLC, a Delaware Limited Liability Company,

       Defendants.

## JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

Defendants Equifax Information Services, LLC ("***Equifax***") and TD Bank, N.A. ("***TD Bank***") (collectively, "***Defendants***"), hereby file this, their Joint Motion to Extend Pre-Trial Deadlines by sixty (60) days, and would respectfully show the Court as follows:

1. On June 23, 2023, the Court entered its Order Accepting Magistrate Judge Reinhart's Report and Recommendation on Equifax's Motion for Judgment on the Pleadings [ECF Nos. 57, 69] ("***Order***"). ECF No. 79.[1] At this point, the Court dismissed Equifax from the case. In the Order, the Court granted Plaintiff "**one final opportunity** to file a Second Amended Complaint to replead its claims against Defendant TD Bank" and required the parties to file a Renewed Joint Scheduling Report. *Id*. (emphasis added).

---

[1] The Court subsequently entered its Final Judgment as to Equifax Information Services, LLC on June 26, 2023 (the "Final Judgment"), and thereby terminating Equifax as a Defendant in this matter. ECF No. 80.

2.	On July 12, 2023, the Court entered its Order Entering First Amended Scheduling Order (the "**Scheduling Order**"), which set December 11, 2023 as the deadline for the parties to "file all pre-trial motions, including motions for summary judgment, and *Daubert* motions."[2] ECF No. 82. The Scheduling Order further set this matter on the Court's two-week trial calendar beginning on April 8, 2024, with the parties' deadline to submit trial materials on March 4, 2024. *Id.*

3.	On July 18, 2023, Plaintiff filed his Corrected Second Amended Complaint (the "**Complaint**"). ECF No. 85.

4.	On September 19, 2023, Defendants jointly filed their Combined Motion to Dismiss Corrected Second Amended Complaint (the "**Motion to Dismiss**") based on Plaintiff's failure to state claims against TD Bank and Equifax due, in part, on the presence of the same causes of action previously dismissed by this Court. ECF No. 97. The parties have fully briefed the Motion to Dismiss, which remains pending for resolution by the Court.

5.	Because Plaintiff improperly added Equifax as a party following this Court's Final Judgment, Equifax cannot plausibly adhere the Court's December 11, 2023 Pre-Trial Motion Deadlines while its Motion to Dismiss remains pending. Moreover, because Defendants have not had an opportunity to assert affirmative defenses and do not know what claims (if any) will survive, Defendants are unable to prepare and file summary judgment motions until the Court issues its ruling on the pending Motion to Dismiss.[3]

---

[2] Hereinafter, these are collectively referred to as the "**Pre-Trial Motion Deadlines**."
[3] If Plaintiff's improper claims are allowed to proceed, Equifax anticipates it will require additional time to conduct discovery in support of any pre-trial motions.

6. Moreover, a decision on the Joint Motion to Dismiss will focus the issues that TD Bank, Equifax and Plaintiff may need to be brief in the Pre-Trial Motions through the elimination of certain causes of action and possibly parties.

7. Further, TD Bank and Plaintiff have agreed to participate in second mediation scheduled for December 18 just following the current Pre-Trial Motions deadline.

8. The Defendants request a sixty-day (60) extension of the Pre-Trial Motion Deadlines to February 9, 2024.

9. This is the Parties first request for an extension of deadlines in this matter.

10. Federal Rules of Civil Procedure 6(b) provides authority for a trial court to extend time periods. Additionally, Rule 16(b)(4) specifically allows the modification of a scheduling order when good cause is shown. The Defendants submit that good cause exists to extend the Pre-Trial Motion Deadlines set forth in the Court's Scheduling Order for sixty (60) days while the Court considers Defendants' pending Motion to Dismiss.

11. The requested extension not only will allow the Parties to conserve precious resources and potentially narrow the issues at stake pending the Court's ruling on the Motion to Dismiss and/or the second mediation, but also will not interfere with the Court's trial setting or other Scheduling Order deadlines.

12. As such, good cause exists for the extension. The extension is not being sought for the purposes of delay.

WHEREFORE, Defendants, by counsel, hereby request that the Court enter an Order granting the Motion to Extend Pre-Trial Deadlines, thus extending the Parties deadline to file all pre-trial motions, including motions for summary judgment, and *Daubert* motions from December 11, 2023 to February 9, 2024.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), on December 6, 2023, counsel for Defendant Equifax Information Services, LLC conferred with Plaintiff's counsel and Plaintiff agrees to the relief requested herein.

DATED:  December 8, 2023

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP


By: /s/ *Jason Daniel Joffee*
    Jason Daniel Joffe
    Florida Bar No. 0013564
    Squire Patton Boggs (US) LLP
    200 S. Biscayne Blvd., Suite 3400
    Miami, FL 33131
    Telephone:  (305) 577-7000
    Facsimile:  (305) 577-7001
    jason.joffe@squirepb.com

    *and*

    Eric F. Barton (Admitted *Pro Hac Vice*)
    Seyfarth Shaw LLP
    1075 Peachtree Street N.E., Suite 2500
    Atlanta, GA 30309
    Tel: (404) 885-1500
    Fax: (404) 892-7056
    ebarton@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

        DUANE MORRIS LLP

        By: */s/ Ryan E. Borneman*
        Julian A. Jackson-Fannin, Esq.
        Florida Bar No. 93220
        Harvey W. Gurland, Jr.
        Florida Bar No. 284033
        DUANE MORRIS LLP
        201 S. Biscayne Boulevard, Suite 3400
        Miami, FL 33131
        Tel: 305-960-2200
        jjfannin@duanemorris.com
        hwgurland@duanemorris.com

        Ryan E. Borneman, Esq.
        Admitted *Pro Hac Vice*
        30 South 17th Street
        Philadelphia, PA 19320
        Tel: 215-979-1105
        reborneman@duanemorris.com

        *Counsel for Defendant*
        *TD Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I presented the foregoing JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/
Jason Daniel Joffe
*Counsel for Defendant*
*Equifax Information Services LLC*