UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81037-CIV-CANNON/Reinhart

**MARK KRIEGER**,

    Plaintiff,

v.

**TD BANK N.A.** and
**EQUIFAX INFORMATION SERVICES LLC**,

    Defendants.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on April 29, 2024 [ECF No. 135]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective April 29, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 135]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of May 2024.

                                               **AILEEN M. CANNON**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record